ANN M. ALTHER *vs.* JAMES BOYCE ET AL.

APPEAL from the Circuit Court for Baltimore County.

This cause was argued with the preceding before BOWIE, C. J., and GOLDSBOROUGH, COCHRAN, and WEISEL, J.

GOLDSBOROUGH, J., delivered the opinion of this Court.

The claims of the appellant, and the parties defendant, being similar to those in the preceding case of Catharine Alther *vs.* Benjamin C. Barroll and others, (*ante,* p. 500,) we shall affirm the decree of the Circuit Court in this case for the reasons expressed in our opinion in the case referred to.

*Decree affirmed,*
*with costs to Appellees.*

(Decided February 3rd 1865.)